# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 10, 2012

Lyle W. Cayce
Clerk

No. 11-20354
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

FRANKIE L. SANDERS,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:10-CR-159-1

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

Frankie L. Sanders appeals his conviction of embezzlement of union funds in violation of 29 U.S.C. § 501(c), for which he was sentenced to 18 months of imprisonment and $10,078.40 of restitution. He argues that the district court erred in overruling his objection, based on *Batson v. Kentucky*, 476 U.S. 79 (1986), that the Government's decision to strike one of the prospective jurors was racially motivated. However, we have held that a defendant waives appellate review of a *Batson* claim by failing to dispute the prosecution's race-neutral

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

explanation for striking the prospective juror. *United States v. Arce*, 997 F.2d 1123, 1126-27 (5th Cir. 1993). By failing to dispute the Government's explanations, Sanders appeared to acquiesce in them. *See id.* at 1127.

AFFIRMED.